David R. Hurst (DH-9173)
Daniel F. X. Geoghan (DG-3132)
Young Conaway Stargatt & Taylor, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
E Mail: dhurst@ycst.com
E Mail: dgeoghan@ycst.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FLETCHER INTERNATIONAL, LTD.,

      Plaintiff,      12-CIV-4067 (HB)

  - against -

ROBIN LEE McMAHON and ROY BAILEY, as Joint
Official Liquidators for FIA LEVERAGED FUND, and
FIA LEVERAGED FUND,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DISCONTINUANCE

**PLEASE TAKE NOTICE** that Fletcher International, Ltd. (the "Plaintiff"), hereby discontinues the Complaint in the above-captioned action, without prejudice to filing a new complaint in this or any other court.

Dated: New York, New York
    May 25, 2012

Respectfully submitted,

_____
David R. Hurst (DH-9173)
Daniel F. X. Geoghan (DG-3132)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
E Mail: dhurst@ycst.com
E Mail: dgeoghan@ycst.com

Attorneys for Plaintiff

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 6/26/12